**Debra J. GRUNWALD, et al.,
Plaintiffs–Appellants,**

**v.**

**SAN BERNARDINO CITY UNIFIED
SCHOOL DISTRICT, et al.,
Defendants–Appellees.**

**Debra J. GRUNWALD, et al.,
Plaintiffs–Appellees,**

**v.**

**SAN BERNARDINO TEACHERS
ASSOCIATION, CTA/NEA,
Defendant–Appellant.**

**Nos. 88–6617, 88–6619.**

United States Court of Appeals,
Ninth Circuit.

June 9, 1992.

Before: D.W. NELSON, BRUNETTI and KOZINSKI, Circuit Judges.

ORDER

Judges Nelson and Kozinski voted to grant the petition for rehearing and to reject the suggestion for rehearing en banc. Judge Brunetti voted to deny the petition for rehearing and to reject the suggestion for rehearing en banc. The petition for rehearing is GRANTED and the suggestion for rehearing en banc is REJECTED.

The opinion, filed October 31, 1990, 917 F.2d 1223, is hereby WITHDRAWN. A new opinion will be filed.